# EXHIBIT A

THE WORTMAN
LAW FIRM, PLLC

# WIRE INSTRUCTIONS

**The Wortman Law Firm, PLLC ESCROW ACCOUNT**

## Bank Name

## Citi Bank

1600 Coral Way, Miami, FL 33145

**ABA NUMBER**

021000089

Personal checking account

**ACCOUNT NUMBER**

6880046783

**ACCOUNT NAME**

## Smith Consulting

632 Village Road, Suite 3 Shallotte, NC 28470

(Attorney Trust Account)

**ALL FUNDS MUST BE WIRED**

**ACH TRANSACTIONS ARE NOT PERMITTED**

Fischer
9290 Murphy Way
Calabash NC