# EXHIBIT B

(2)

Bank

# Domestic Wire Transfer

| | | | |
|---|---|---|---|
| *Initiator:* | *Jasmine L Howell* | *Date:* | *05/18/2023* |
| *Initiator's Ph # :* | *(856) 468-7400* | *Reference Number:* | *1117* |
| Approver's Name : | Adam D Straga | Wire Status: | Pending Branch Approval |

| Wire Amount | Customer's Bank Code | Branch Bank Code | Branch # |
|---|---|---|---|
| $252,780.90 | 004-TD BANK N.A. | 004-TD BANK N.A. | 26 |

**Same Day Deposit?**
No

**Wire Type**
Wire Transfer

☐ Check if Federal Tax Payment

**Account Type**
Personal

## ORIGINATOR

**Customer Name**
Lori Fischer

**Customer Account Number**
4742149416

**Beneficiary Name**
Smith Consulting

**Beneficiary Account Number**
6880046783

**Beneficiary Address 1**
632 Village Road, Suite 3

**Beneficiary Address 2**

**Beneficiary City**
Shallotte

**Beneficiary State / Zip Code**
NC 28470

**ABA Number**
021000089

**Receiving Bank Name**
CITIBANK, N.A.

## SPECIAL INSTRUCTIONS

**Further Credit Bank Name**

**Further Credit Comments** (Max 140 Characters)
Fischer
9290 murphy way calabash, NC

**CUSTOMER REQUESTING** | **APPROVED BY**

(Signature) (Signature)

**Lori Fischer**

**Notices & Disclaimers:** Placeholder for disclaimer