# EXHIBIT C

TD Bank

# Domestic Wire Transfer

*Initiator:* *Destiny J Jones*
*Initiator's Ph #*:* *(856) 351-6550*
Approver's Name : Michelle Harding

*Date:* *05/22/2023*
*Reference Number:* *0954*
Wire Status: Pending Branch Approval

| Wire Amount | Customer's Bank Code | Branch Bank Code | Branch # |
|---|---|---|---|
| $8,235.21 | 004-TD BANK N.A. | 004-TD BANK N.A. | 692 |

**Same Day Deposit?***
No

| Wire Type | | Account Type |
|---|---|---|
| Wire Transfer | ☐ Check if Federal Tax Payment | Personal |

## ORIGINATOR

| Customer Name* | Customer Account Number* |
|---|---|
| Lori Fischer | 4742149416 |

| Beneficiary Name* | Beneficiary Account Number* |
|---|---|
| Smith Consulting | 6880046783 |
| **Beneficiary Address 1*** | **Beneficiary Address 2*** |
| 632 Village Road | Suite 3 |
| **Beneficiary City*** | **Beneficiary State / Zip Code** |
| Shallote | NC 28470 |
| **ABA Number*** | **Receiving Bank Name*** |
| 021000089 | CITIBANK, N.A. |

## SPECIAL INSTRUCTIONS

**Further Credit Bank Name**

**Further Credit Comments** (Max 140 Characters)
Fischer
9290 Murphy Way Calabash, NC

**CUSTOMER REQUESTING** **APPROVED BY**

(Signature) (Signature)

**Lori Fischer**

**Notices & Disclaimers:** Placeholder for disclaimer