# EXHIBIT D

# TOWN OF SHALLOTTE

## Police Department

114 Cheers St. Shallotte, North Carolina 28470
Telephone (910) 754-6008 / Fax (910) 754-6276

Case SHL23-00373 Printed on May 31, 2023

| | |
|---|---|
| **Status** | Approved |
| **Report Type** | Incident / Investigations |
| **Primary Officer** | Woody Dunn |
| **Investigator** | Woody Dunn |
| **Reported At** | 05/23/23 14:01 |
| **Incident Date** | 05/23/23 14:01 |
| **Incident Code** | TAKE WRITTEN REPORT : Take Written Report (10-92 x92) |
| **Location** | 632 VILLAGE RD, SHALLOTTE, NC 28470 |
| **Zone** | Shallotte PD |
| **Beat** | Shallotte PD |
| **Court** | None |
| **Ereferral County** | None |
| **Summary Of Incident** | |
| **Disposition** | Further Investigation |
| **Disposition Date/Time** | 05/23/23 14:48 |
| **Review for Gang Activity** | None |

### Offense Information

| | |
|---|---|
| **Offense** | OBT PROP FALSE PRET >=$100,000 |
| **Statute** | 14-100 |
| **NIBRS Code** | 26A - False Pretenses/Swindle/Confidence Game |
| **Counts** | 1 |
| **Include In NIBRS** | No |
| **Completed** | Yes |
| **Details** | Offender(s)<br>Used<br>Computers |
| **Bias Motivation** | None (no bias) |
| **Location** | Other/Unknown |
| **Entry Forced** | No |
| **Cargo Theft** | No |

### Victim

**FISCHER, LORI L**
Female, DOB 5/23/63
9290 MURPHY WAY
CALABASH, NC 28467
(856) 981-2821 Cell

14-100 - OBT PROP FALSE PRET >=$100,000

**FISCHER, WILLIAM J, JR.**
Male, DOB 2/26/68
9290 MURPHY WAY
CALABASH, NC 28467
(856) 287-3505 Cell

14-100 - OBT PROP FALSE PRET >=$100,000

## Primary Narrative By Woody Dunn, 05/23/23 14:19

On My 23, approximately 1210 hrs. Sgt. Dunn along With Lt. Mclamb responded to Wortman Law Firm and spoke with a Mrs. Lori Fisher and Mr. William Fisher. They where accompanied by their Realtor agent Melinda Dale with Coldwell Banker. Mrs. Fisher stated that on or about May 18th had email contacts with a Lauren Herren who works for Motto Mortgage Coastal Connection out of Jacksonville N.C. in reference to wiring money in sum of $252,780.90 to purchase a home in Calabash N.C. with the address of 9290 Murphy way. Mrs. Fisher went to her bank of TD Bank and wired the money to a Citi Bank account that belongs to Smith Consulting. Mrs. Fisher stated that when asked Lauren Herren about it going to Smith Consulting and not Wortman Law firm Mrs. Herren stated that Wortman Law Firm was being audit and that the Smith Consulting was handling all of Wortman's accounts. Wortman's Law firm knew nothing about the money being transferred on the date that Mrs. Fisher made same. Mrs. Dale stated that she has worked with Mortgage Coastal Connection in the pass with House closing.

**Property / Evidence**

| Item # | Category | Type | Status | Location | Description |
|---|---|---|---|---|---|
| SHL23-00373-001 | | Digital | In Digital Files | | Document - fischer 1 |

# TOWN OF SHALLOTTE
## Police Department

114 Cheers St. Shallotte, North Carolina 28470
Telephone (910) 754-6008 / Fax (910) 754-6276

Case Notes — Printed on May 31, 2023

**Woody Dunn**, 05/25/23 13:48

On Wed. May,24 citi bank contacted Lt.Mclamb and advised him that a large sum of money was in the account in question and same has been flagged and would be returned to the Fischer. I spoke with the Fischer and advised them of what the LT. was told by the bank.

**Woody Dunn**, 05/31/23 13:19

Search warrant done on Citi Bank on May31 2023.