# EXHIBIT E

**Harding, Michelle**

| | |
|---|---|
| **From:** | Harmon, Lindsay M (she/her/hers) NMLS 583857 |
| **Sent:** | Friday, July 7, 2023 5:38 PM |
| **To:** | Harding, Michelle |
| **Subject:** | FW: Domestic Wire Transfer Tracer Form $8235.21 I-211793 |
| **Attachments:** | 4742149416 Domestic_Wire_Transfer_Tracer_Form.pdf |

Sent with BlackBerry Work (www.blackberry.com)

**From:** Deuter, Heather M <Heather.Deuter@td.com> on behalf of "Account, AMCB Domestic Wire Investigations" <DomesticWireInvestigations@td.com>
**Sent:** May 23, 2023 4:04 PM
**To:** "Harmon, Lindsay M (she/her/hers) NMLS 583857" <Lindsay.Harmon@td.com>
**Cc:** "Selb, Barbara A (she/her/hers) NMLS 747772" <Barbara.Selb@td.com>; "Account, AMCB Domestic Wire Investigations" <DomesticWireInvestigations@td.com>
**Subject:** FW: Domestic Wire Transfer Tracer Form $8235.21 I-211793

Good Afternoon,

Thank you for your email!

We have sent a Recall request under case I-211793.

Please allow 3-5 business days for the Beneficiary Bank to respond.

**Please reply all and do not remove the information in the subject line as it is used for tracking purposes.**

Heather Deuter
Wire Transfer Operator II
Please include investigations inbox:
WireInvestigations@td.com
TD Bank, America's Most Convenient Bank
6000 Atrium Way Mt. Laurel, NJ
M-F 9:00 AM – 5:30 PM

Internal

**From:** Harmon, Lindsay M (she/her/hers) NMLS 583857 <Lindsay.Harmon@td.com>
**Sent:** Tuesday, May 23, 2023 11:06 AM
**To:** Account, AMCB Domestic Wire Investigations <DomesticWireInvestigations@td.com>
**Cc:** Selb, Barbara A (she/her/hers) NMLS 747772 <Barbara.Selb@td.com>
**Subject:** Domestic Wire Transfer Tracer Form

Please see attached form.