Bruce S. Goodman
ZEICHNER ELLMAN & KRAUSE LLP
730 Third Avenue
New York, New York 10017
(212) 223-0400

Attorneys for Defendant

**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:______________
DATE FILED: 10/28/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM J. FISCHER, JR., and LORI L. FISCHER,

Plaintiffs,

- against -

CITIBANK, N.A.,

Defendant.

Case No.: 25-CV-5968 (GHW)

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiffs William J. Fischer, Jr., and Lori L. Fischer and defendant Citibank, N.A., that the action be, and hereby is, dismissed, without costs to any party as against the other, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); and

IT IS FURTHER STIPULATED AND AGREED, that this stipulation may be signed in counterparts all of which shall constitute one document, and that digitally signed copies of this stipulation shall be deemed to be an original.

Dated: New York, New York
October 28, 2025

ZEICHNER ELLMAN & KRAUSE LLP

By: /s/ *Bruce S. Goodman*
Bruce S. Goodman
Attorneys for Defendant
730 Third Avenue
New York, New York 10017
(212) 223-0400
bgoodman@zeklaw.com

VERNON LITIGATION GROUP

By: **/s/ Bernard C. Carollo, Jr.**
Bernard C. Carollo, Jr.
Attorneys for Plaintiffs
3520 Kraft Road, Suite 203
Naples, Florida 34105
(239) 649-5390
bcarollo@vernonlitigation.com

LOCAL COUNSEL

PALMIERI LAW PC
Vito A. Palmieri
250 Mineola Boulevard
Mineola, New York 11501
(516) 248-9595
vpalmieri@pallawny.com

4937-2074-6612, v. 1

The parties have stipulated to the dismissal of this action under F.R.C.P. 41(a)(1)(A)(ii). The Clerk of Court is directed to close this case.

SO ORDERED.
Dated: October 28, 2025
New York, New York

GREGORY H. WOODS
United States District Judge